MYHRE & STORM
Attorneys at Law, A Law Corporation

JAMES V. MYHRE               #5092-0
jmyhre@mtmhawaiilaw.com
BRENT K. WILSON              #10518-0
bwilson@mtmhawaii.law.com
1003 Bishop Street, Suite 1290
Honolulu, Hawaii  96813
Telephone No. 524-2466
Facsimile No. 524-2556

Attorneys for Plaintiffs DTRIC INSURANCE
COMPANY, LTD., as subrogee of
HDQ INC.; and HDQ INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DTRIC INSURANCE COMPANY, LTD., as subrogee of HDQ INC.; and HDQ INC., <br><br>  Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10, <br><br>  Defendants. | Case No. _____ <br><br> COMPLAINT; SUMMONS |

# COMPLAINT

Plaintiffs DTRIC INSURANCE COMPANY, LTD., as subrogee of HDQ INC., and HDQ INC. (collectively "Plaintiffs"), by and through their attorneys, Myhre & Storm, file this lawsuit against Defendant UNITED STATES OF AMERICA ("United States"), pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2674.  Plaintiffs filed an administrative claim with the Department of the Navy more than six months ago, however, The United States has neither resolved nor denied the claim.  Plaintiffs allege and aver as follows:

## I.   INTRODUCTION

1. The FTCA provides that The United States "shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances." 28 U.S.C. § 2674.  A private company that released toxic chemicals into the local water supply would be held fully responsible for its actions.  Pursuant to the FTCA, The United States must be treated no differently.

2. On or about May 6, 2021, operators of the Red Hill Bulk Fuel Storage Facility ("Red Hill"), located on the island of Oʻahu, State of Hawaiʻi, improperly executed a fuel transfer procedure, resulting in two pipe ruptures and the

subsequent spill of highly toxic jet fuel and other contaminants.[1] As a result, a pipeline joint failed and released over 19,000 gallons of jet fuel and other contaminants onto the tunnel floor between the existing underground fuel storage tanks.[2] The fuel ran down the floor into containment trenches and invaded a fire suppression system fluid sump. The sump pushed the fuel further down the tunnel through a fluid drain pipeline, where it remained until November 20, 2021, when the passenger cart of a train operated by a Navy employee contacted and ruptured that pipeline.[3] The rupture resulted in fuel spilling into a pre-existing tunnel system resting near a primary source for Red Hill's drinking water, which serves over 90,000 military servicemen and women, in addition to, businesses in the affected areas Red Hill.[4]

    3.    Upon investigation, the Navy concluded that the contamination resulted from human error and a failure to comply with applicable laws, rules, regulations, and standards.[5] These laws included both federal law and regulations generally governing the storage, maintenance, and discharge of potable water.

---

[1] See United States Environmental Protection Agency, About Red Hill Fuel Releases, *available at* https://www.epa.gov/red-hill/about-red-hill-fuel-releases#2021 [last visited Nov. 28, 2023].
[2] Id.
[3] Id.
[4] Id.
[5] Department of the Navy; 15 April 2022 Supplement to the Command Investigation Into the 6 May 2021 and 20 November 2021 Incidents at Red Hill Bulk Fuel Storage Facility ("April 2022 Supplemental Report"), *available at* https://www.epa.gov/system/files/documents/2022-07/FOIA-Release-Red%20Hill-CI-%28June%202022%29.pdf at pg. 1 [last visited November 28, 2023].

Thus, the Navy took responsibility for its failures as any other polluter that failed to comply with applicable law.

4. The Navy concluded that the November spill resulted from "human error exacerbated by poor Red Hill support system design and implementation."[6] Unfortunately, however, the Navy has not extended its responsibility so far as to recompense Plaintiffs and others for the harm caused by its negligence.

5. Plaintiffs seek relief for the damages caused by The United States. System operators had a duty to act reasonably and failed. The Navy had a duty to comply with all applicable, laws, rules, regulations and standards and did not. As set forth herein, the combined breaches of these duties led to a highly foreseeable result—the release of thousands of gallons of jet fuel and additives including anti-freeze into the public water supply.

## II. JURISDICTION AND VENUE

6. This Court has federal question jurisdiction over this claim against The United States for money damages pursuant to 28 U.S.C. § 1346(b) and the Federal Tort Claims Act, 28 U.S.C. §§ 2671 *et seq*.

7. Venue is proper in this district under 28 U.S.C. § 1402(b) because The United States is a defendant pursuant to 28 U.S.C. § 1346(b) and the acts and omissions complained of occurred in this District.

---

[6] Id. at 2.

8. Through the Federal Torts Claim Act, The United States has waived its sovereign immunity for the acts and omissions described herein.

9. The United States, through its agencies, employees, and/or agents, at all times material to this lawsuit, owned and operated the Red Hill Bulk Fuel Facility and staffed its facilities with its agents, servants, and employees.

10. On or about June 22, 2022, pursuant to 28 U.S.C. §§ 2401(b), 2675(a) and (b), *inter alia*, Plaintiffs timely submitted their administrative claim, Standard Form 95 ("SF-95"), and supporting documents to the Office of the Judge Advocate General, Tort Claims Unit Norfolk, 9620 Maryland Ave., Suite 205, Norfolk, VA 23511- 2949, which is the appropriate federal agency.

11. Upon information and belief, from June 22, 2022 to present, The United States has been actively investigating the merits of Plaintiffs' claim.

12. To date, The United States has issued no written denial of Plaintiffs' SF-95, pursuant to 28 U.S.C. § 2401(b).

13. Pursuant to 28 U.S.C. § 2401(b) Plaintiffs are authorized to file the instant Complaint within six (6) months of The United States' written denial of Plaintiffs' SF-95.

14. Given that The United States has neither resolved nor issued a written denial of Plaintiffs' SF-95 to date, Plaintiffs contend that the factual circumstances described above constitute a constructive denial of Plaintiffs' SF-95 and the Court

should grant Plaintiffs standing to file the instant Complaint in order to preserve and pursue their claims.

15. The instant Complaint is timely pursuant to Federal Rules of Civil Procedure Rule 6(a)(1)(C) and Rules of The United States District Court for the District of Hawaiʻi Rule 6.1.

## III. PARTIES

### A. PLAINTIFFS

16. At all times relevant herein, Plaintiff DTRIC INSURANCE COMPANY, LTD. ("Plaintiff DTRIC"), is and was a domestic profit corporation, duly licensed to do business as an insurance company in the State of Hawaiʻi.

17. At all time relevant herein, Plaintiff HDQ INC. is and was a domestic profit corporation, duly licensed to do business as Dairy Queen Hawaii, a fast-food restaurant, in the State of Hawaiʻi, located at the Navy Exchange Center, 4275 Bougainville Drive, #631, Honolulu, Hawaiʻi 96818 ("Bougainville Drive location").

18. Upon information and belief, The United States owns and operates that certain property known as the Navy Exchange Center, generally located at 4275 Bougainville Drive, Honolulu, Hawaiʻi, 96818 ("Navy Exchange Center"), which includes the Bougainville Drive location.

**B.    DEFENDANTS**

19. Defendant The United States is now, and at all times mentioned was, a sovereign nation; this case is commenced and prosecuted in compliance with Title 28 U.S.C. §§ 2671–80, the Federal Tort Claims Act. Liability of The United States is predicated specifically on 28 U.S.C. § 2674 because the resulting damages of which the Complaint is made were proximately caused by the negligence, wrongful acts or omissions of representatives, employees, or agents of The United States working for The United States Department of the Navy, Army, or Defense, while acting within the scope of their office, employment, or agency under circumstances where The United States, if a private person, would be liable to the Plaintiffs in the same manner and to the same extent as a private individual.

20. Defendants JOHN DOES 1-10, JANE DOES 1-10, and DOE ENTITIES 1-10 (collectively referred to as the "Doe Defendants") are persons or entities that are, among other things, liable for the damages caused to the Plaintiffs and/or were in some manner related to the Defendants and their true names, identities, capacities, activities, and/or responsibilities are presently unknown to the Plaintiffs or their attorneys. Plaintiffs have diligently undertaken research of documents and materials, including internet searches and reports concerning the matters alleged herein, and related government records but have not been able to identify the identities of said Doe Defendants.

21. Plaintiffs are informed and believe, and based thereon allege that, at all relevant times, all acts and omissions of said Doe Defendants, were undertaken by Doe Defendants and their agents, servants, employees, and/or contractors, acting in the course and scope of its or their respective agencies, services, employments, and/or contracts.

22. Plaintiffs will name Doe Defendants once information and/or material necessary to properly identify each of the Doe Defendants becomes available.

## IV. FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

23. The Red Hill Bulk Fuel Storage Facility ("Red Hill Facility") is a storage field comprised of an underground storage tank ("UST") system on the Island of Oʻahu, State of Hawaiʻi, approximately 2.5 miles northeast of Joint Base Pearl Harbor/Hickham ("JBPHH").

24. Upon information and belief, the Navy has operated the Red Hill facility at JBPHH, since 1948, to store and maintain its jet fuel reserves in the region. The facility consists of 20 pill-shaped tanks measuring 100 feet in diameter and 250 feet in height—each holding 12.5 million gallons of fuel—and capable of storing up to 250 million gallons of fuel. Each tank connects to pipelines that link to fueling piers at the naval base. The jet fuel Red Hill stores contains multiple toxic compounds, including benzene, toluene, ethylbenzene, xylenes, naphthalene, and methylnaphthalenes. The jet fuel also contains toxic additives like antifreeze

(2-(2 methoxyethoxy)-ethanol) which is added to the jet fuel as a fuel system icing inhibitor.

25. The United States, through its Department of the Navy, is the owner and operator of the Red Hill Facility.

26. As of the date of the filing of the instant Complaint, it is well known that there have been numerous reported releases of fuel from the Red Hill Facility contaminating the Halawa and Moanalua aquifers that provide tens of millions of gallons of water to military personnel, their families, and businesses in the local community.

27. On May 6, 2021, upon information and belief, there was a pressure surge event resulting in the release of an initially reported approximately 1,600 gallons of jet fuel from supply piping in the lower access tunnel tanks during the refilling of Tank 20 ("May 2021 Release").

28. Upon information and belief, the 1,600 gallons of fuel reported released was likely lower than what was actually released and some of the fuel was captured by the underlying fire suppression drain line.

29. Upon information and belief, The United States did not properly investigate the May 2021 Release fuel leak and were unaware of the fuel buildup in the fire suppression line.

30. Upon information and belief, the May 2021 Release was proximately caused by the negligent acts and/or omissions of the employees and/or agents of The United States while acting within the course and scope of their job duties.

31. On or about November 20, 2021, upon information and belief, a worker and/or agent of The United States, operating a trolley car/cart in the lower access tunnel of the Red Hill facility, cracked a clean-out valve[7] that caused thousands of gallons of jet fuel, previously spilled on or about May 2021, to pour onto the concrete tunnel floor and into the underlying water development tunnel ("November 2021 Release").[8]

32. Upon information and belief, the jet fuel ultimately made its way to the Hume drain, where the fuel leached into the underlying groundwater.

33. Upon information and belief, the Navy reported a release and recovery of approximately 14,000 gallons of a mixture of fuel and water from the Navy's fire suppression system on November 20, 2021.

34. Upon information and belief, the November 2021 Release caused the Red Hill Shaft, a vital drinking water source used by military personnel and their

---

[7] See April 2022 Supplemental Report at 25.
[8] 5 Environmental Protection Agency, NEIC Civil Investigation Report, Joint Base Pearl Harbor-Hickam Public Water System, at 4 (April 4-8, 2022) ("NEIC Report") https://www.epa.gov/system/files/documents/2022-08/NEICVP1463E01%20Joint%20Base%20Pearl%20Harbor%20Hickam%20Public%20Water%20System_Redacted.pdf [last visited November 28, 2023].; see April 2022 Supplemental Report at 25.

families, as well as, non-military residents and businesses in the Red Hill area, to be catastrophically contaminated with fuel.

35. As a fast-food restaurant, the normal course of Plaintiff HDQ INC's daily business activities are dependent upon and necessarily require the availability and use of clean, potable, drinking water.

36. On or about November 30, 2021, as a direct and proximate result of The United States' negligence, including but not limited to the May 2021 and November 2021 Releases, Plaintiff HDQ INC. was ordered by The United States, and/or its employees and/or agents, to shut down business operations and close its Bougainville Drive location due to the resulting water contamination.

37. Plaintiff HDQ INC. was not allowed by The United States and/or its employees and/or agents to resume business activity and open its Bougainville Drive location until March 14, 2022.

38. As a direct and proximate result of the negligent acts of The United States and/or its employees and agents, as set forth above, Plaintiff HDQ INC. incurred significant business income loss and expense losses for the period beginning December 1, 2021 through March 13, 2022.

39. As a direct and proximate result of the negligent acts of The United States and/or its employees and agents, as set forth above, Plaintiff HDQ INC filed a claim for lost business income and incurred expenses, under its DTRIC general

liability insurance policy ending in 4908 ("policy"), for which Plaintiff HDQ INC. bore a **$2,553.00** deductible.

40. As a direct and proximate result of the negligent acts of The United States and/or its employees and agents, as set forth above, Plaintiff DTRIC, as Plaintiff HDQ INC's general liability insurance carrier, paid a total of **$80,243.00** in business income loss and expense damages, which naturally and necessarily resulted from The United States' negligence, pursuant to the terms and conditions of the policy.

41. Having reasonably settled and paid the foregoing claim for business income losses and expenses, each and every claim arising from The United States' negligence alleged herein, Plaintiff DTRIC has a valid subrogation claim against The United States in the amount of **$80,243.00.**

V.   **CAUSES OF ACTION**

   **COUNT I – FEDERAL TORT CLAIMS ACT:  NEGLIGENCE**

42. Plaintiffs incorporate by reference each and every allegation of the preceding paragraphs 1- 41, with the same force and effect as though fully set forth herein.

43. The United States owns and operates the Red Hill facility.

44. The United States had a duty to exercise reasonable care in operating and maintaining the Red Hill facility.

45. The United States breached its duty to exercise ordinary care at Red Hill in multiple ways, including but not limited to:

a) Red Hill operators failed to operate the system properly in May 2021;

b) The United States failed to implement corrective actions after the May 2021 leak;

c) Red Hill operators failed to properly operate the trolley car/cart on the day of the November 20, 2021 leak;

d) The United States did not properly investigate the May 2021 fuel leak and otherwise should have known about the fuel buildup in the fire suppression line; and

e) The United States failed to take reasonable, appropriate, and/or corrective action to prevent the water contamination of the Red Hill shaft which necessitated the shutdown of Plaintiff HDQ INC's business activities by order of The United States.

46. As a direct and proximate result of The United States' breach of duty of care, Plaintiffs have incurred damages in the manner alleged herein.

47. Plaintiffs are entitled to damages in the amount of **$82,986.00**.

## COUNT II – FEDERAL TORT CLAIMS ACT: NUISANCE

48. Plaintiffs incorporate by reference each and every allegation of the preceding paragraphs 1- 47, with the same force and effect as though fully set forth herein.

49. At all relevant times, Plaintiff HDQ INC. leased and/or lawfully occupied the Bougainville Drive location, located in and about the Navy Exchange Center, and had a right to occupy, enjoy, and/or use the Bougainville Drive location without undue interference by The United States.

50. The United States created a condition that was harmful to health, was offensive to the senses, and/or interfered with the comfortable enjoyment and/or free use of the Bougainville Drive location by causing the discharge of jet fuel and other contaminants into Plaintiffs' water supply—resulting in damages to both persons and businesses in the affected communities.

51. The conditions created by The United States—the release of jet fuel and other contaminants into the water supply causing damages to Plaintiffs' property—are such that would reasonably annoy and disturb an ordinary person and/or business.

52. The United States' creation of the nuisance was negligent and unreasonable throughout its operation of the Red Hill facility.

53. Plaintiffs did not consent to The United States' conduct.

54. The United States' actions have substantially interfered with Plaintiffs' use and enjoyment of its Bougainville Drive location.

55. The United States' actions directly and proximately caused Plaintiffs' damages, including business income losses and expenses, that would not exist but for The United States' wrongful acts.

56. The seriousness of the harm The United States has caused outweighs any social utility because Plaintiffs suffered the alleged harm without any mitigating benefit whatsoever.

57. The United States' conduct was a substantial factor in causing Plaintiffs' damages.

58. Plaintiffs are entitled to damages in the amount of **$82,986.00**.

## VI. PRAYER

WHEREFORE, Plaintiffs pray for judgment against The United States as follows:

A. That judgment be entered against The United States and in favor of Plaintiffs in the amount of **$82,986.00**;

B. For pre-judgement interest, post-judgment interest, costs of suit, and attorneys' fees as permitted by law;

C. For other and further relief as the Court may deem appropriate and just.

DATED: Honolulu, Hawaii, November 29, 2023.

/s/ Brent K. Wilson
JAMES V. MYHRE
BRENT K. WILSON
Attorneys for Plaintiffs
DTRIC INSURANCE
COMPANY, LTD., as subrogee of
HDQ INC.; and HDQ INC.

15